[No. 5541–1.   Division One.   September 25, 1978.]

RUSSELL E. CWALINSKI, ET AL, *Respondents*, v.
KENNETH L. LEIBRANT, ET AL, *Appellants*,
WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 51272, Tyler C. Moffett, J., entered
March 18, 1977. *Affirmed* by unpublished opinion per
Farris, C.J., concurred in by Ringold and Soule, JJ.

[No. 5546–1.   Division One.   September 25, 1978.]

REUBEN POWELL, *Appellant*, v. WALTER CHAMBERS,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 791235, James J. Dore, J., entered March 30,
1977. *Affirmed* by unpublished opinion per James, J., con-
curred in by Farris, C.J., and Ringold, J.

[No. 5800–1.   Division One.   September 25, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
RHODES DENBY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81220; Robert W. Winsor, J., entered June 27,
1977. *Affirmed* by unpublished opinion per Andersen,
A.C.J., concurred in by Williams and Ringold, JJ.